[No. 35347-1-I.    Division One.    January 8, 1996.]

VIRGIL PAUL PRESTA, *Appellant*, v. ROBERT F. MCCLENDON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-15888-6, R. Joseph Wesley, J., entered September 19, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Agid, J.

[Nos. 32816-6-I; 35781-6-I.    Division One.    February 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE JACKSON, *Petitioner*.

*In the Matter of the Personal Restraint of* THOMAS LEE JACKSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06926-8, Faith Enyeart Ireland, J., entered June 3, 1993, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Becker, JJ.

[No. 34212-6-I.    Division One.    March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WALDEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01530-0, Thomas J. Wynne, J., entered March 2, 1994. *Affirmed* by unpublished opinion per Grosse, J. concurred in by Kennedy, A.C.J., and Agid, J.